IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY BROOKS, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 14-5506 |
| VALLEY DAY SCHOOL, : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, this *28th* day of *May*, 2015, upon consideration of the Motion to Dismiss by Defendant Valley Day School (Docket No. 10) and Plaintiff's Response in Opposition (Docket No. 14), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. As to the types of damages requested and Plaintiff's jury trial demand in connection with Count One, the Motion is **DENIED WITHOUT PREJUDICE**;

2. As to Plaintiff's FMLA interference claim in Count Two, the Motion is **DENIED**;

3. As to punitive and compensatory damages for pain and suffering/emotional distress in connection with Count Two, the Motion is **GRANTED**.

4. Defendant has twenty (20) days in which to file an Answer to the Second Amended Complaint.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.