IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY BROOKS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  14-5506 |
| VALLEY DAY SCHOOL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *11th* day of *August*, 2015, upon consideration of Plaintiff Jeffery Brooks's Motion to Dismiss Counterclaims (Docket No. 18) and Defendant Valley Day School's Response in Opposition (Docket No. 20), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. With respect to Defendant's Counterclaim asserting breach of contract arising out of Plaintiff's alleged failure to submit paperwork to the Pennsylvania Department of Education, the Motion is **DENIED**.

2. With respect to Defendant's Counterclaim asserting breach of contract for Plaintiff's alleged failure to submit paperwork to the Internal Revenue Service, the Motion is **GRANTED** and this claim is **DISMISSED.**

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.